Form 2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

Robert C. Jones III
3121 Ne 11th Oklahoma city, OK 73117
Queandsum@gmail.com, 405-427-6831

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CN-25-1034-SLP

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Gina lowe Judge -v- 405-274-7388
lighthorse officer Andrew Atkins
Chris Henry (ODIS) 215 N. 3rd St, Chickasha
Curtis bussett Attorney
Dr. Hale        *Defendant(s)* Melisa Dia'con
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

# FILED

SEP 1 0 2025

JOAN KANE, CLERK
U.S. DIST COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Robert C. Jones III
Street Address        3121 Ne 11th
City and County       Oklahoma city, Oklahoma
State and Zip Code    Oklahoma
Telephone Number      405-427-6831
E-mail Address        Queandsum@gmail.com / devin3576gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name     Jason Hicks

    Job or Title *(if known)*     District Attorney

    Street Address     Sixth district 215 N. 3rd st

    City and County     Chickasha, Grady

    State and Zip Code     Oklahoma 73018

    Telephone Number     405-224-7388 / 405-224-4770

    E-mail Address *(if known)*     Victimservice6 doc.state.ok.us

Defendant No. 2

    Name     Curtis bussett

    Job or Title *(if known)*     District Attorney

    Street Address     Sixth district 215 N. 3rd st.

    City and County     Chickasha, grady

    State and Zip Code     Oklahoma 73018

    Telephone Number     405-224-7388 / 405-224-4770

    E-mail Address *(if known)*

Defendant No. 3

    Name     Chris Henry

    Job or Title *(if known)*     ODIS

    Street Address     Sixth district 215 N. 3rd St.

    City and County     Chickasha, Grady

    State and Zip Code     Oklahoma 73018

    Telephone Number     405-224-7388

    E-mail Address *(if known)*

Defendant No. 4

    Name     Chickasaw Nation lighthorse

    Job or Title *(if known)*     Arresting Agency

    Street Address     Sixth district 215 N. 3rd st. / 1130 w Main 74820

    City and County     Chickasha, grady

    State and Zip Code     Oklahoma 73018

    Telephone Number     405-224-7388 / 580-436-1166

    E-mail Address *(if known)*

Defendants:

Judge Gina lowe
Presented: 215 N. 3rd, Chickasha
Oklahoma, Chickasha 73018
405-224-7588


light horse officer Andrew Atkins
Presented: 1130 W. Main Ada, Oklahoma 74820
580-436-1166 / 888-804-3234

Eval screener Melissa diacon
Presented: 900 N. Porter Ave # 110,
Norman, OK 73071  405-914-4850

Eval Screener Dr. J, Hale
Presented: 1000 N. Classen Blvd Ste 2-600
405-248-9200

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

~~That~~ Thirteenth Amendment
Eleventh Amendment
Eighth Amendment
Fifth Amendment

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Robert C. Jones III , is a citizen of the State of *(name)* Oklahoma .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Controversy Cost. $50,000.00*

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Jason Hicks - Misconduct In the Form unresponsive
2. Chris Henry- Misconduct In the Form of Misrepresentation
3. Chris Curtis bussett - disorderly conduct In a way of Improper proceeding In court
4. Andrew Atkins - Invalid duty Failure to upHold truth
5. Judge gina lowe - Invalid duty Failure to state statues

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    09/10/2025

Signature of Plaintiff      Robert C. Jones III

Printed Name of Plaintiff    Robert C Jones III

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney     _____

Printed Name of Attorney   _____

Bar Number         _____

Name of Law Firm      _____

Street Address        _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address        _____